**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 22-8011-WM

United States of America

v.

HECTOR RODRIGUEZ-ROMERO,
                Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?     No

Respectfully submitted,
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: _____
Robin Waugh
Assistant United States Attorney
FLA Bar No.     0537837
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561)209-1042
Fax:
Email: robin.waugh@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED BY KJZ D.C.
Jan 12, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

| | |
|---|---|
| United States of America<br>v.<br>Hector RODRIGUEZ-ROMERO,<br><br>Defendant | Case No. 22-8011-WM |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  January 10, 2022  in the county of  Palm Beach  in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a), (b)(1) | Illegal Re-entry After Removal |

This criminal complaint is based on these facts:

See Attached Affidavit in Support of Criminal Complaint

☑ Continued on the attached sheet.

_____
Complainant's signature

Andy Korzen, TFO, DHS-HSI
Printed name and title

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: January 12, 2022

_____
Judge's signature

City and state:  West Palm Beach, Florida    William Mattewman, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT
## OF
## ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over eighteen years. I am currently assigned to the Homeland Security Investigations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Hector RODRIGUEZ-ROMERO committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

3. On or about January 10, 2022, Hector RODRIGUEZ-ROMERO was arrested in Palm Beach County, Florida for the offenses of driving without a driver's license and outstanding warrants out of Palm Beach and Saint Lucie Counties for failure to appear for misdemeanor offenses of driving without driver's license. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Hector RODRIGUEZ-ROMERO is a native and citizen of Honduras. Records further show that on or about November 16, 2004, Hector RODRIGUEZ-ROMERO was ordered removed. The Order of Removal was executed on or about August 29, 2008, whereby Hector RODRIGUEZ-ROMERO was removed from the United States and returned to Honduras.

5. Thereafter, Hector RODRIGUEZ-ROMERO re-entered the United States illegally and was removed and returned to Honduras on five additional separate occasions, on or about following dates: March 28, 2011, June 1, 2011, August 4, 2011, March 18, 2016, and July 8, 2016.

6. Records further show that on or about February 5, 2016, in the United States District Court, Southern District of Florida, Hector RODRIGUEZ-ROMERO was convicted of the felony offense of illegal reentry, case number 15-80211-CR-KLR.

7. Hector RODRIGUEZ-ROMERO's fingerprints taken in connection with his January 10, 2022, arrest in Palm Beach County were scanned into the IAFIS system. Results confirmed that scanned fingerprints belong to the individual who was previously removed from the United States, that is Hector RODRIGUEZ-ROMERO.

8. A record check in the Computer Linked Application Informational Management System (CLAIMS) was performed to determine if Hector RODRIGUEZ-ROMERO filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found indicating that Hector RODRIGUEZ-ROMERO obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9. Based on the foregoing, I submit that probable cause exists to believe that, on or about January 10, 2022, Hector RODRIGUEZ-ROMERO, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this __12th__ day of January 2022.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3